No. 3806. — "Aurora", Sociedad Agrícola, apda., *v.* Barroso, aplte.—C. D. San Juan. Enero 13, 1926. No ha lugar a la reconsideración solicitada porque si bien de la documentación que presenta la parte apelada resulta que no se solicitó expresamente una prórroga del término de cinco días fijado por la ley de desahucio, es lo cierto que dentro de dicho término se pidió a la corte que ordenara al taquígrafo que preparara la transcripción de la evidencia y así lo hizo la corte fijando para ello el plazo de veinte días, extendiendo así, de hecho el dicho término de cinco, para lo cual tenía facultades según la jurisprudencia establecida en el caso de *Curbello* v. *Rodríguez*, 32 D.P.R. 460, citado en la resolución de este tribunal de diciembre 21, 1925.

No. 3569.—Fantauzzi, aplte., *v.* Bonner, Tesorero, y Gallardo, Sucesor, apdo.—C. D. San Juan, Disto. 1º. Recurso de error a la Corte de Circuito de Apelaciones, Primer Circuito. Enero 14, 1926. Visto el apartado (*c*) de la sección 8 de la Ley del Congreso de febrero 13, 1925, para enmendar el Código Judicial y definir además la jurisdicción de las cortes de circuito de apelaciones y la Corte Suprema, y para otros fines, que comenzó a regir tres meses después de la fecha de su aprobación, y apareciendo que la sentencia de que se apela se dictó en julio 13, 1925, y la apelación se interpuso en enero 12, 1926, habiendo vencido con exceso el término de ley, *no ha lugar* a admitir la apelación que se interpone para ante la Corte de Circuito de Apelaciones para el Primer Circuito de los Estados Unidos en el caso arriba titulado.